UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
TOM GONZALES and BIRCH VENTURES LLC,

        Plaintiffs,

        v.

NATIONAL WESTMINSTER BANK PLC,

        Defendants.
---------------------------------------------------------X

No. 11-CIV-1435 (BSJ)

ECF Case

## DISCLOSURE STATEMENT OF DEFENDANT NATIONAL WESTMINSTER BANK PLC PURSUANT TO FRCP 7.1

Defendant National Westminster Bank Plc makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1.

1. Identify all parent corporation(s).

National Westminster Bank Plc is a wholly-owned subsidiary of The Royal Bank of Scotland plc, which is a wholly-owned subsidiary of The Royal Bank of Scotland Group plc, a public limited company organized under the laws of the United Kingdom.

2. List any publicly-held company that owns 10% or more of the party's stock.

National Westminster Bank Plc is a wholly-owned subsidiary of The Royal Bank of Scotland plc, which is a wholly-owned subsidiary of The Royal Bank of Scotland Group plc, a public limited company organized under the laws of the United Kingdom.

Dated: New York, New York
      May 23, 2011

SCHULTE ROTH & ZABEL LLP

By:    /s/ Michael Swartz
     Howard Schiffman
     Michael Swartz
     919 Third Avenue
     New York, New York  10022
     (212) 756-2000
     howard.schiffman@srz.com
     michael.swartz@srz.com

*Attorneys for Defendant National Westminster Bank Plc*